# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0020. GERALD POWELL v. CARROLL COUNTY BOARD OF ELECTIONS AND REGISTRATION.**

The Appellant in the above styled case has filed a motion titled Motion For Extension Of Time To File Application For Discretionary Appeal pursuant to Court Rule 40(b).  Pursuant to Court Rule 31(i), said motion is hereby GRANTED.  The application for discretionary appeal is due on December 13, 2018.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/21/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*